# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL G. CARRILLO, JR., | No. CV 10-4092-JAK(CW) |
| Petitioner, | JUDGMENT |
| v. | |
| J. T. OCHOA, Warden, | |
| Respondent. | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: APR 17 2012

JOHN A. KRONSTADT
United States District Judge